UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JOSE AND MARIA HERNANDEZ, | ) | |
| Plaintiffs, | ) ) | 2:10-CV-01946-PMP-LRL |
| vs. | ) ) ) | **ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O RECONTRUST COMPANY, N.A., JORGE VALDEZ, STATE OF NEVADA, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #6), filed on January 10, 2011. Notwithstanding this Court's Order (Doc. #7) advising Plaintiffs of Plaintiffs' obligation to file a timely response to Defendants' Motion to Dismiss, Plaintiffs have failed to do so. Therefore, Plaintiffs consent to the granting of Defendants' Motion.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss (Doc. #6) is **GRANTED**, and Plaintiffs' Complaint is hereby **DISMISSED**.

DATED: February 2, 2011.

_____
PHILIP M. PRO
United States District Judge